# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 17, 2014

149517 & (4)(7)(9)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re:

ANONYMOUS JUDGE,

SC: 149517
JTC: RFI No. 2013-20572

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The supplemental petition for interim suspension is considered, and it is held in ABEYANCE pending further order of the Court. The Honorable Brenda K. Sanders, Judge of the 36th District Court, is suspended without pay until such time as she shows cause why she should not be held in contempt for failing to obey the July 17, 2014 order of this Court to cooperate with the independent medical examiner and provide such information as the independent medical examiner shall reasonably request.

The motion to seal the Supreme Court file is also considered, and it is GRANTED, in order to preserve the confidentiality required by MCR 9.219(A)(2) and MCR 9.221(A). With the exception of this order, the Supreme Court file is suppressed and shall remain confidential until further order of this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 17, 2014



h0917

Clerk